

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

Nos. 04-19-00255-CR, 04-19-00258-CR, 04-19-00259-CR

John Gabriel **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2017CR7236, 2019CR2596, 2019CR2597
Honorable Stephanie R. Boyd, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, these appeals are DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on June 12, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
Keith E. Hottle, Clerk of Court